IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. v. DAVID B. ALVAREZ, et al. | : : : : : | Civil Action<br><br>No.: 2:20-cv-05286-ER |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Alexandra Langley Serber_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-05286-ER

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Alexandra Langley Serber** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District of Columbia | 5/15/2020 | 1659100 |
| Missouri | 9/13/2017 | 70184 |
| Maryland | 10/20/2020 | 2010200010 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Eastern District of WI | 1/16/2020 | |
| US. Tax Court | 10/16/2019 | SA0976 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

_____
(Applicant's Signature)

12/28/2022
(Date)

Name of Applicant's Firm: Bailey & Glasser, LLP
Address: 1055 Thomas Jefferson Street NW, Ste. 540, Washington, DC 20007
Telephone Number: 202.463.2101
Email Address: aserber@baileyglasser.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/28/2022
(Date)

_____
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Alexandra Langley Serber to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Patricia Mulvoy Kipnis | [signature] | 12/2/2004 | 91470 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Bailey & Glasser LLP

1622 Locust Street, Philadelphia, PA 19103

Telephone: 215.274.9420

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/28/2022 _____   [signature]
                  (Date)                         (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| DAVID B. ALVAREZ, et al. | : | No.: 2:20-cv-05286-ER |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Alexandra Langley Serber, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

William G. Powers, Esq.
Andrew M. Miller
BARON & BUDD, P.C.
The Watergate, 10th Floor
600 New Hampshire Ave., NW
Washington, DC 20037
wpowers@baronbudd.com
amiller@baronbudd.com

_____
(Signature of Attorney)
Patricia Mulvoy Kipnis
_____
(Name of Attorney)
DAVID B. ALVAREZ, et al.
_____
(Name of Moving Party)
12/28/2022
_____
(Date)