# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States of America ex rel. Joseph Seikel and Terence Seikel,

**Plaintiff(s),**

v.

David B. Alvarez, et al.,

**Defendant(s).**

Civil NO: 1:23-00001-TSK

## DEPARTMENT OF JUSTICE
## APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

| | |
|---|---|
| Elizabeth L. Coyne | United States of America |
| Applicant's Name | Representing (Party Name) |
| U.S. Attorney's Office, Eastern District of Pennsylvania | 615 Chestnut St., Ste 1250, Philadelphia, PA 19106 |
| Name of Firm | Office Address |
| 215-861-8447 (E. Coyne direct) | 215-861-8618 |
| Office Telephone Number | Office Fax Number |
| Elizabeth.Coyne@usdoj.gov | |
| E-mail Address | |

Name, Address, and Telephone Numbers of State Bars in which admitted:

Pennsylvania (Executive Office of PA Disciplinary Board, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Suite 5600, P.O. Box 62625, Harrisburg, PA 17106-2625) (717-231-3380)

New Jersey (Board of Bar Examiners, P.O. Box 973, Trenton, NJ 08625-0973) (609-815-2911)

List all matters before West Virginia tribunals or judicial bodies in which the applicant is or has been involved in the preceding twenty-four (24) months:

None other than the above-captioned case.

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or judicial bodies in which <u>any member of applicant's firm, partnership or corporation</u> is or has been involved in the preceding twenty-four (24) months:

Members of the Department of Justice, including staff at the U.S. Attorney's Office for the Northern District of West Virginia, often handle matters in federal courts in West Virginia.

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system.  By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia.  (See https://racerweb.wvnd.uscourt.gov for further information).

I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel.  Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

I understand that as a lawyer employed by the Department of Justice, I am exempt from paying the fee payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia, that is normally required for *pro hac vice* applications.

I certify that the foregoing application is true and correct.  I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction.  I also certify that I have never been convicted of a felony.  I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

ELIZABETH COYNE  
Digitally signed by ELIZABETH COYNE  
Date: 2023.01.19 10:49:40 -05'00'

Signature of Applicant

| | |
|---|---|
| Maximillian F. Nogay | U.S. Attorney's Office, N.D.W. Va. |
| Name of Responsible Local Attorney | Name of Firm |
| 304-234-0100 | 1125 Chapline St., Ste. 3000, Wheeling, WV 26003 |
| Office Telephone Number | Office Address |
| Max.Nogay@usdoj.gov | |
| E-mail Address | |

Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter.  I further certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis.

Signature of Responsible Local Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States of America ex rel. Joseph Seikel and Terence Seikel,

**Plaintiff(s),**

v.

David B. Alvarez, et al.,

**Defendant(s).**

Civil NO: 1:23-00001-TSK

## ORDER APPROVING DEPARTMENT OF JUSTICE ATTORNEY'S APPLICATION TO APPEAR PRO HAC VICE

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Elizabeth L. Coyne, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _____

_____
United States District Judge