## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOSEPH SEIKEL and TERENCE SEIKEL,<br><br>    Plaintiffs/Relators,<br><br>v.<br><br>DAVID B. ALVAREZ; APPLIED CONSTRUCTION SOLUTIONS, INC.; ENERGY TRANSPORTATION, LLC; ENERGY RESOURCE GROUP, LLC; ET360, LLC; BEAR CONTRACTING, LLC; BEAR UTILITIES, LLC; JASON P. HENDERSON; and JOHN DOES NOS. 1-50, FICTITIOUS NAMES;<br><br>    Defendants. | Case No.: 1:23-cv-01<br><br>**JOINT STIPULATION** |

All parties previously agreed that responsive pleadings to Relator Joseph Seikel and Terrence Seikel's (collectively "Relators") Complaint would be filed 21 days after the Motion to Transfer was resolved. On January 4, 2023, the Eastern District of Pennsylvania granted the Alvarez Defendants' Motion to Transfer, and this Court subsequently ordered a status conference set for February 7, 2023.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned that the time within which Defendants David B. Alvarez, Applied Construction Solutions, Inc., Energy Transportation, LLC, Energy Resource Group, LLC, ET360, LLC and Jason P. Henderson may file responsive pleadings to Relators' Complaint is extended to and through February 28, 2023.

Dated:  January __, 2023.

SO ORDERED:

_____
Honorable Thomas S. Kleeh

AGREED:

| | |
|---|---|
| DAVID B. ALVAREZ; APPLIED CONSTRUCTION SOLUTIONS, INC.; ENERGY TRANSPORTATION, LLC | UNITED STATES OF AMERICA ex rel. JOSEPH SEIKEL and TERENCE SEIKEL |

/s/ Marc R. Weintraub
Marc R. Weintraub (WVSB # 8055)
Bailey & Glasser LLP
360 Central Avenue, Suite 1450
St. Petersburg, FL  33701
Telephone:  727.894.6745
Facsimile:  727.894.2649
Email:  mweintraub@baileyglasser.com

/s/ Andrew Miller
William G. Powers
Andrew M. Miller
BARON & BUDD, P.C.
The Watergate
600 New Hampshire Ave., NW, 10th Floor
Washington, DC  20037
Telephone:  202.333.4562
Facsimile:  202.337.1039
Email:  wpowers@baronbudd.com
        amiller@baronbudd.com

ENERGY RESOURCE GROUP, LLC;
ET360, LLC; and JASON HENDERSON

/s/ Shawn Morgan
Shawn Morgan
Allison B. Williams
Steptoe & Johnson PLLC
40 White Oaks Boulevard
Bridgeport, WV  26330
Telephone:  304.933.8000
Email:  allison.williams@steptoe-johnson.com