# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Plaintiff(s),** | ) |
| v. | ) |
| _____ | )   **Civil Action No.** _____ |
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Defendant(s)/** | ) |
| **Third-Party Plaintiff(s),** | ) |
| v. | ) |
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Third-Party Defendant(s).** | ) |
| _____ | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
                                                                                                                                 (type of party)
who is _____, makes the following disclosure:
              (name of party)

1.  In the party or intervenor a non-governmental corporate party?

                    Yes                              No

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party or intervenor's stock or state that there is no such corporation:

_____
_____
_____
_____

4. In a case based on diversity jurisdiction, the following is a list of all members of _____ and its states of citizenship:
   (name of corporation)

_____         _____
(name of member)                        (state of citizenship)

_____         _____
(name of member)                        (state of citizenship)

_____         _____
(name of member)                        (state of citizenship)

_____         _____
(name of member)                        (state of citizenship)

Note: If there are additional members, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: _____                    _____
                                            Signature of Counsel for Party