## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. JOSEPH SEIKEL and TERENCE SEIKEL,** | |
| **Plaintiffs-Relators,** | |
| **v.** | |
| **DAVID B. ALVAREZ, APPLIED CONSTRUCTION SOLUTIONS, INC., ENERGY TRANSPORTATION LLC, ENERGY RESOURCE GROUP, LLC, ET360, LLC, BEAR CONTRACTING, LLC, BEAR UTILITIES, LLC, JASON P. HENDERSON, and JOHN DOES NOS., 1-50, FICTITIOUS NAMES,** | **Civ. Action No. 1:23-cv-01**<br><br>**FILED UNDER SEAL Pursuant to 31 U.S.C. § 3730(b)(2)** |
| **Defendants.** | |

## PLAINTIFFS-RELATORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT UNDER SEAL

Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs-Relators Joseph Seikel and Terence Seikel ("Relators") hereby move for leave to file under seal an Amended Complaint in this matter. In support of its motion, Relators state as follows:

On October 22, 2020, Relators filed the initial Complaint under seal and served it on the government, but not on the Defendants.

Relators have additional knowledge related to the subject matter of the Complaint and seek leave to file under seal an Amended Complaint. The Amended Complaint is attached as Exhibit A hereto.

Relators are insiders who initiated this action in October 2020, alleging that the Defendants are affiliated with each other under SBA rules and regulations, and had falsely certified in separate loan applications submitted to approved lenders and the SBA that they were distinct small businesses and that each was eligible to receive potentially forgivable PPP loans. Relators allege in the Complaint that, as the direct result of these intentional misrepresentations, the Affiliated Defendants received PPP loan proceeds for which they were not eligible.

The Department of Justice filed its Notice That It Is Not Intervening At This Time on August 24, 2022.

In the Amended Complaint, Relators add allegations containing greater details and examples about the factors demonstrating that the Defendants falsely certified in separate loan applications submitted to approved lenders and the SBA that they were distinct small businesses and that each was eligible to receive potentially forgivable PPP loans. The Amended Complaint sets forth a detailed factual scenario alleging fraud against the government that more than suffices under Fed. R. Civ. P. 12(b)(6).

"A party may amend its pleading once as a matter of course …, if the pleading is one to

which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed R. Civ. P. 15(a)(1)(B).

To date, Relators have not amended the Complaint.

Defendants stipulated to an extension of time, beyond the 21 days provided for by FRCP 15(a)(1)(B), for Relators to file the Amended Complaint as a matter of course pursuant to FRCP 15(a)(1)(B). *See* Joint Stipulation, ECF 74 (March 14, 2023).

The False Claims Act provides that "[t]he complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." 31 USC §3730(b)(2).

To ensure strict compliance with the False Claim Act's seal requirements, Relators seek to file the Amended Complaint under seal. *See, e.g.*, *United States ex rel. Davis v. Prince*, 766 F. Supp. 2d 679, 684 (E.D. Va. 2011) (concluding that "the term 'complaint' in § 3730(b)(2) encompasses amended complaints").

Counsel for Defendants have represented that Defendants object to Relators' motion to file the Amended Complaint under seal.

Counsel for the United States has represented that the United States does not oppose Relators' motion to file the Amended Complaint under seal.

Relators respectfully request the Court enter an Order substantially in the form attached hereto as Exhibit B, which grants leave to file under seal an Amended Complaint in the form attached hereto.

Date: April 4, 2023

Respectfully submitted,

*/s/ Anthony Majestro*
Anthony J. Majestro, Esq. (WVSB #5165)
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

William G. Powers (*pro hac vice*)
Andrew M. Miller (*pro hac vice*)
Baron & Budd, P.C.
The Watergate
600 New Hampshire Ave., NW, 10th Floor
Washington, DC  20037
Telephone:  202.333.4562
Facsimile:  202.337.1039
wpowers@baronbudd.com
amiller@baronbudd.com

Filed Under Seal

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 4, 2023, I caused the foregoing to be filed with the United

States District Court for the Northern District of West Virginia via ECF. The foregoing was served

via first class mail and electronically via email on the following:

Christopher James Prezioso
Maximillian F. Nogay
Paul W. Kaufman
United States Attorney's Office
Northern District of West Virginia
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0110

Elizabeth L. Coyne
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8447
Fax: 215-861-8618