IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA ex rel.**
**JOSEPH SEIKEL and TERENCE SEIKEL,**

    **Plaintiffs-Relators,**

    v.                                                      CIVIL NO. 1:23-CV-01
                                                                     (KLEEH)

**DAVID B. ALVAREZ,**
**APPLIED CONSTRUCTION SOLUTIONS, INC.,**
**ENERGY TRANSPORTATION, LLC,**
**ENERGY RESOURCE GROUP, LLC,**
**ET360, LLC,**
**BEAR CONTRACTING, LLC,**
**BEAR UTILITIES, LLC,**
**JASON P. HENDERSON, and**
**JOHN DOES NOS. 1-50,**

    **Defendants.**

## ORDER

    Given the filing of the Amended Complaint, the pending motions to dismiss [ECF Nos. 63, 66] are **DENIED AS MOOT**. Also pending is a motion to stay discovery. The Court finds that anticipated motions to dismiss the Amended Complaint are an insufficient basis to stay discovery in this case. At this juncture, the motion to stay is **DENIED** [ECF No. 77].

    It is so **ORDERED**.

    The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

    DATED: April 11, 2023

                                                    */s/ Thomas S. Kleeh*
                                                    THOMAS S. KLEEH, CHIEF JUDGE
                                                    NORTHERN DISTRICT OF WEST VIRGINIA