WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

U.S.A. ex rel. Joseph Seikel and Terence Seikel
*Plaintiff*

V.   Case No. 1:23-cv-01

David B. Alvarez et al.
*Defendant*

## NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants David B. Alvarez; Applied Construction Solutions, Inc.; and Energy Transportation LLC.

Date: June 9, 2023

s/ Marc R. Weintraub
*Attorney's signature*

Marc R. Weintraub, WVSB # 8055
*Printed name and bar number*

Stinson, LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602

*Address*

marc.weintraub@stinson.com
*E-mail address*

(813) 534-7550
*Telephone number*

(816) 412-9387
*FAX number*