IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA ex rel.**
**JOSEPH SEIKEL and TERENCE SEIKEL,**

    **Plaintiffs-Relators,**

   **v.**                                      **CIVIL NO. 1:23-CV-01**
                                                          **(KLEEH)**

**DAVID B. ALVAREZ,**
**APPLIED CONSTRUCTION SOLUTIONS, INC.,**
**ENERGY TRANSPORTATION, LLC,**
**ENERGY RESOURCE GROUP, LLC,**
**ET360, LLC,**
**BEAR CONTRACTING, LLC,**
**BEAR UTILITIES, LLC,**
**JASON P. HENDERSON, and**
**JOHN DOES NOS. 1-50,**

    **Defendants.**

**ORDER OF REFERRAL**

Pending before the Court is Defendants' motion for protective order [ECF No. 100]. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court **REFERS** this motion to Magistrate Judge Michael J. Aloi, who is designated and authorized to consider the record and do all things proper to render a decision, including, without limitation, conducting a hearing on the motion, if necessary, and entering into the record an order as to the appropriate disposition of the motion.

It is so **ORDERED.**

The Clerk shall transmit copies of this Order to counsel of record and to the Honorable Michael J. Aloi, United States

**SEIKEL ET AL. V. ALVAREZ ET AL.** 1:23-CV-01

**ORDER OF REFERRAL**

Magistrate Judge.

DATED: August 15, 2023

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA