IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**UNITED STATES OF AMERICA ex rel.**
**JOSEPH SEIKEL and TERENCE SEIKEL,**

      **Plaintiffs-Relators,**

v.                                                            **Civil Action No.: 1:23-CV-1**
                                                                      **(JUDGE KLEEH)**

**DAVID B. ALVAREZ,**
**APPLIED CONSTRUCTION SOLUTIONS, INC.,**
**ENERGY TRANSPORTATION, LLC,**
**ENERGY RESOURCE GROUP, LLC,**
**ET360, LLC,**
**BEAR CONTRACTING, LLC,**
**BEAR UTILITIES, LLC,**
**JASON P. HENDERSON, and**
**JOHN DOES NOS. 1-50,**

      **Defendants.**

**ORDER SETTING HEARING ON DEFENDANTS' MOTION**
**FOR PROTECTIVE ORDER [ECF NO. 100], AND DIRECTING**
**PARTIES TO MEET AND CONFER PRIOR TO HEARING**

Presently pending before the Court is Henderson Defendants' motion for a protective order [ECF No. 100] filed on July 31, 2023. By Referral Order [ECF No. 103] entered on August 15, 2023, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the motion [ECF No. 100] to the undersigned Magistrate Judge for hearing and disposition.

Accordingly, it is hereby **ORDERED** that a Motion Hearing concerning the referred motion is scheduled before the undersigned on **Tuesday, September 5, 2023 at 3:00 p.m.** at the Clarksburg point of holding court, Third Floor, in the Magistrate Judge Courtroom.

The Motion Hearing will be conducted remotely, **using the Court's Zoom videoconferencing/teleconferencing credentials.** To join the meeting, participants may connect either by video or by telephone. Participants can connect by video by using the following link:

https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828 7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may contact Magistrate Judge Aloi's Law Clerk, Nakia Ridgeway, directly by calling (304) 623-7172 or sending e-mail to nakia_ridgeway@wvnd.uscourts.gov.

Further, the parties are **ORDERED** to meet and confer, by telephone or other real-time means of communication, as to the pending motion [ECF No. 100] prior to the hearing scheduled herein. If the parties resolve all of the matters raised in said motion, counsel for the movant shall notify the Court forthwith, by contacting the above-noted Law Clerk. If the parties do not resolve the matters raised in the motion, the Court will inquire as to the same during the aforementioned hearing.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: August 16, 2023.**

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE