# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOSEPH SEIKEL and TERENCE SEIKEL,<br><br>    Plaintiffs-Relators,<br><br>v.<br><br>DAVID B. ALVAREZ, APPLIED CONSTRUCTION SOLUTIONS, INC., ENERGY TRANSPORTATION LLC, ENERGY RESOURCE GROUP, LLC, ET360, LLC, BEAR CONTRACTING, LLC, BEAR UTILITIES, LLC, JASON P. HENDERSON, and JOHN DOES NOS., 1-50, FICTITIOUS NAMES,<br><br>    Defendants. | Case No. 1:23-cv-01 |

**Defendants David B. Alvarez, Applied Construction Solutions, Inc., and Energy Transportation, LLC's Notice of Withdrawal of Consent**

Defendants David B. Alvarez, Applied Construction Solutions, Inc., and Energy Transportation, LLC respectfully submit this notice withdrawing their consent to [Proposed] Protective Order, which was submitted to the Court on April 13, 2023. ECF No. 82. Given the highly sensitive and confidential commercial information Plaintiff-Relators seek in discovery, the Alvarez Defendants submit that the current order does not adequately protect the information sought in discovery nor does it have a sufficient notice provision to those parties and non-parties who may receive such information. *See* Relator's First Set of Requests for Production to David B. Alvarez, Applied Construction Solutions, Inc., and Energy Transportation, LLC (June 30, 2023), attached hereto as **Exhibit A**. The Alvarez Defendants submitted a new proposed Protective Order to Plaintiff-Relators on August 22, 2023, and will negotiate in good faith to mutually agree upon a substitute protective order.

1

DAVID B. ALVAREZ; APPLIED
CONSTRUCTION SOLUTIONS, INC.; AND
ENERGY TRANSPORTATION, LLC

By Counsel


*/s/ Michael L. Murphy*
Michael L. Murphy (WVSB #10888)
Alexandra L. Serber (*admitted pro hac vice*)
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson St, Suite 540
Washington, DC  20007
Telephone:  202.463.2101
Facsimile:  202.463.2103
Email:  mmurphy@baileyglasser.com
         aserber@baileyglasser.com

Patricia M. Kipnis (WVSB #12896)
**BAILEY & GLASSER, LLP**
923 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002
Telephone:  215.274.9420
Email:  pkipnis@baileyglasser.com

Marc R. Weintraub
**STINSON LLP**
100 Ashley Drive South
Suite 600
Tampa, FL 33602
Telephone:  813.534.7334
Email:  marc.weintraub@stinson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2023, the foregoing was electronically filed and served through the Court's CM/ECF system to counsel of record.

*/s/ Michael L. Murphy*_____
Michael L. Murphy (WVSB #10888)