IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA *ex rel.*
JOSEPH SEIKEL and TERENCE SEIKEL,

    Plaintiffs,

v.

DAVID B. ALVAREZ; APPLIED
CONSTRUCTION SOLUTIONS, INC.;
ENERGY TRANSPORTATION, LLC;
ENERGY RESOURCE GROUP, LLC;
ET360, LLC; JASON P. HENDERSON; and
JOHN DOES NOS. 1-50, FICTITIOUS
NAMES;

    Defendants.

Civil Action No.  1:23-cv-00001
Honorable Thomas S. Kleeh

## MOTION TO WITHDRAW APPEARANCE OF
## ALEXANDRA LANGLEY SERBER

    Pursuant to Rule 83.03 of the Local Rules of Court for the U.S. District Court for the Northern District of West Virginia, the undersigned moves to withdraw her appearance as counsel for Defendants, David B. Alvarez, Applied Construction Solutions, Inc., and Energy Transportation, LLC. Defendants will continue to be represented by counsel of record from the Firm of Bailey & Glasser LLP, including Patricia M. Kipnis, Michael L. Murphy, and from the Firm of Stinson, LLP, Marc R. Weintraub.

    Wherefore, the undersigned attorney respectfully requests that this Court grant this Motion and enter the attached proposed order, identified as "Exhibit A", withdrawing the appearance of Alexandra L. Serber as counsel for Defendants, David B. Alvarez, Applied Construction Solutions, Inc., and Energy Transportation, LLC.

Dated: October 13th, 2023

                DAVID B. ALVAREZ; APPLIED CONSTRUCTION SOLUTIONS, INC.; AND ENERGY TRANSPORTATION, LLC

                By Counsel

                */s/ Alexandra L. Serber*_____
                Alexandra L. Serber (*admitted pro hac vice*)
                Bailey & Glasser, LLP
                1055 Thomas Jefferson St, Suite 540
                Washington, DC  20007
                Telephone:  202.463.2101
                Facsimile:  202.463.2103
                Email:  aserber@baileyglasser.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2023, the foregoing was electronically filed and served through the Court's CM/ECF system to counsel of record.

*/s/ Alexandra L. Serber*_____
Alexandra L. Serber (*admitted pro hac vice*)