# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. JOSEPH SEIKEL and TERENCE SEIKEL,**<br><br>  **Plaintiffs-Relators,**<br><br>  v.<br><br>**DAVID B. ALVAREZ; APPLIED CONSTRUCTION SOLUTIONS, INC.; ENERGY TRANSPORTATION, LLC; ENERGY RESOURCE GROUP, LLC; ET360, LLC; BEAR CONTRACTING, LLC; BEAR UTILITIES, LLC; JASON P. HENDERSON; and JOHN DOES NOS. 1-50, FICTITIOUS NAMES,**<br><br>  **Defendants.** | Case No.: 1:23-cv-00001-TSK |

## JOINT NOTICE OF MEDIATOR

All parties ("Parties"), Defendants David Alvarez, Energy Transportation, LLC, and Applied Construction Solutions, Inc. (collectively the "Alvarez Defendants"); Jason Henderson, ET360, LLC, and Energy Resource Group, LLC (collectively the "Henderson Defendants"); and Joseph Seikel and Terrence Seikel ("Relators"), jointly submit this Notice that the Parties have agreed to use the following mediator in this case:

    Donald B. O'Dell
    O'Dell Law | Mediation PLLC
    720 Oxford Drive (25705)
    PO Box 320
    Huntington, WV 25708
    Tel: (304) 525-5700

| | |
|---|---|
|    */s/ Shawn A. Morgan* |    */s/ Marc Weintraub* |
| Allison B. Williams (WV ID # 11329) | Michael L. Murphy (WVSB #10888) |
| Shawn A. Morgan (WV ID # 6640) | Alexandra L. Serber (*admitted pro hac vice*) |
| 400 White Oaks Boulevard | **BAILEY & GLASSER, LLP** |
| Bridgeport, WV 26330 | 1055 Thomas Jefferson St, Suite 540 |
| (304) 933-8000 | Washington, DC 20007 |
| allison.williams@steptoe-johnson.com | Telephone: 202.463.2101 |
| shawn.morgan@steptoe-johnson.com | Facsimile: 202.463.2103 |
| | Email: mmurphy@baileyglasser.com |
| | aserber@baileyglasser.com |
| *Counsel for Defendants Jason P. Henderson, Energy Resource Group, LLC, and ET360, LLC* | |
| | Patricia M. Kipnis (WVSB #12896) |
| | **BAILEY & GLASSER, LLP** |
| | 923 Haddonfield Road |
| | Suite 300 |
| | Cherry Hill, NJ 08002 |
| | Telephone: 215.274.9420 |
| | Email: pkipnis@baileyglasser.com |
| | Marc R. Weintraub |
| | **STINSON LLP** |
| | 100 Ashley Drive South |
| | Suite 600 |
| | Tampa, FL 33602 |
| | Telephone: 813.534.7334 |
| | Email: marc.weintraub@stinson.com |
| | |
| | *Counsel for Defendants David B. Alvarez, Applied Construction Solutions Inc., and Energy Transportation LLC* |

   */s/ Anthony J. Majestro*
Anthony J. Majestro, Esq. (WVSB #5165)
Powell & Majestro, PLLC 405 Capitol Street, Suite P-1200 Charleston, WV 25301 304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

William G. Powers (*pro hac vice*)
Andrew M. Miller (*pro hac vice*)
Baron & Budd, P.C.
The Watergate
600 New Hampshire Ave., NW, 10th Floor
Washington, DC 20037

2

Telephone: 202.333.4562
Facsimile: 202.337.1039
wpowers@baronbudd.com
amiller@baronbudd.com

*Counsel For Plaintiff-Relators*

## CERTIFICATE OF SERVICE

I certify that on November 10, 2023 the foregoing Joint Notice of Mediator was filed electronically, that it is available for viewing and downloading from the ECF system, and that all counsel of record will be served by the ECF system.

*/s/ Anthony J. Majestro*
