# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA *ex rel.*
JOSEPH SEIKEL and TERENCE SEIKEL,

    Plaintiffs,

v.

DAVID B. ALVAREZ; APPLIED
CONSTRUCTION SOLUTIONS, INC.;
ENERGY TRANSPORTATION, LLC;
ENERGY RESOURCE GROUP, LLC;
ET360, LLC;; JASON P. HENDERSON; and
JOHN DOES NOS. 1-50, FICTITIOUS
NAMES;

    Defendants.

Civil Action No.  1:23-cv-00001
Honorable Thomas S. Kleeh

## STIPULATION EXTENDING CERTAIN DISCOVERY DEADLINES

Pursuant to Northern District of West Virginia Local Rule of Civil Procedure 16.01(f)(2), the parties stipulate that their expert disclosure deadlines and the completion of discovery shall be extended. This Court's scheduling order set expert disclosure deadlines on October 27, 2023. The parties' stipulation filed October 27, 2023 (ECF No. 125) extended that deadline to November 27, 2023. Similarly, the Court's scheduling order set the deadline to complete discovery on December 22, 2023. The parties had stipulated that the new deadline to complete discovery would be January 22, 2024.

The parties now stipulate to extend the expert disclosure deadline to January 26, 2024 and the deadline to complete discovery to February 23, 2024. The newly stipulated dates do not affect the July 15, 2024 trial date in this matter.

Dated: November 20, 2023

                                         */s/ Anthony J. Maestro*
                                         Anthony J. Maestro, Esq. (WVSB #5165)
                                         Powell & Majestro, PLLC

405 Capitol Street, Suite P-1200
Charleston, WV 25301
T:304.346.2889
F: 3045.346.2895
Email: amajestro@powellmajestro.com

William G. Powers (*pro hac vice*)
Andrew M. Miller (*pro hac vice*)
Baron & Budd, P.C.
The Watergate
600 New Hampshire Ave., NW, 10th Floor
T: 202.333.46562
F: 202.337.1039

COUNSEL FOR PLAINTIFF-RELATORS

*/s/ Michael L. Murphy*
Michael L. Murphy (WSVB #10888)
BAILEY & GLASSER LLP
1055 Thomas Jefferson St, Suite 540
Washington, DC 20007
T: 202.463.2101
Email: mmurphy@baileyglasser.com

Patricia M. Kipnis (WVSB # 12896)
BAILEY & GLASSER LLP
923 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002
T: 215.274.9420
pkipnis@baileyglasser.com

Marc R. Weintraub
Stinson LLP
100 Ashley Drive South
Suite 600
Tampa, FL 33602
T: 813.534.7334
Email: marc.weintraub@stinson.com

COUNSEL FOR DEFENDANTS DAVID B. ALVAREZ; APPLIED CONSTRUCTION SOLUTIONS, INC.; AND ENERGY TRANSPORTATION, LLC

/s/ *Shawn A. Morgan*
Allison B. Williams (WV ID # 11329)
Shawn A. Morgan (WV ID #6640)
Quentin T. Collie (WV ID # 13830)
400 White Oaks Boulevard
Bridgeport, WV 26330
T: 304.933.8000
allison.williams@steptoe-johnson.com
shawn.morgan@steptoe-johnson.com
quentin.collie@steptoe-johnson.com

COUNSEL FOR DEFENDANTS JASON P. HENDERSON; ENERGY RESOURCE GROUP, LLC; AND ET360, LLC