**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA *ex rel.*
JOSEPH SEIKEL and TERENCE SEIKEL,

    Plaintiffs

v.                                          Civil Action No.  1:23-cv-00001
                                            Honorable Thomas S. Kleeh

DAVID B. ALVAREZ; APPLIED
CONSTRUCTION SOLUTIONS, INC.;
ENERGY TRANSPORTATION, LLC;
ENERGY RESOURCE GROUP, LLC;
ET360, LLC; BEAR CONTRACTING, LLC;
BEAR UTILITIES, LLC; JASON P.
HENDERSON; and JOHN DOES NOS. 1-50,
FICTITIOUS NAMES;

    Defendants.

### ***NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION***

PLEASE TAKE NOTICE that pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, the attached Subpoena to produce documents, information, or objects has been issued to United Bank, Inc., 514 Market Street, Parkersburg, West Virginia 26101.

Dated this 15th day of December 2023.

|  |  |
|---|---|
| STEPTOE & JOHNSON PLLC<br>OF COUNSEL |     */s/ Shawn A. Morgan*<br>Allison B. Williams (WV ID # 11329)<br>Shawn A. Morgan (WV ID # 6640)<br>Stephenee R. Gandee (WV ID # 13614)<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>(304) 933-8000<br>allison.williams@steptoe-johnson.com<br>shawn.morgan@steptoe-johnson.com<br>stephenee.gandee@steptoe-johnson.com<br><br>*Counsel for Defendants Jason P. Henderson, Energy Resource Group, LLC, and ET360, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA *ex rel.*
JOSEPH SEIKEL and TERENCE SEIKEL,

    Plaintiffs

v.

DAVID B. ALVAREZ; APPLIED
CONSTRUCTION SOLUTIONS, INC.;
ENERGY TRANSPORTATION, LLC;
ENERGY RESOURCE GROUP, LLC;
ET360, LLC; BEAR CONTRACTING, LLC;
BEAR UTILITIES, LLC; JASON P.
HENDERSON; and JOHN DOES NOS. 1-50,
FICTITIOUS NAMES;

    Defendants.

Civil Action No. 1:23-cv-00001
Honorable Thomas S. Kleeh

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2023 a true and correct copy of the foregoing **"Notice of Issuance of Subpoena for Production"** was electronically filed and served through the Court's CM/ECF system on counsel of record as listed below:

| | |
|---|---|
| BARON & BUDD, P.C. OF COUNSEL | William G. Powers<br>Andrew M. Miller<br>The Watergate, 10th Floor<br>600 New Hampshire Avenue, NW<br>Washington, DC 20037 |
| POWELL & MAJESTRO, PLLC | Anthony J. Majestro<br>405 Capitol St., Suite P-1200<br>Charleston, WV 25301 |
| STINSON, LLP OF COUNSEL | Marc R. Weintraub<br>100 South Ashley Drive, Suite 500<br>Tampa, FL 33602 |

2

| | |
|---|---|
| BAILEY & GLASSER, LLP<br>OF COUNSEL | Patricia M. Kipnis<br>Michael Murphy<br>Rebecca Pomeroy<br>209 Capitol St.<br>Charleston, WV 25301 |
| U.S. DEPT. OF JUSTICE | Elizabeth L. Coyne<br>U.S. Attorney's Office<br>615 Chestnut St., Suite 1250<br>Philadelphia, PA 19106<br><br>Christopher James Prezioso<br>Maximillian F. Nogay<br>U.S. Attorney's Office - Whg<br>PO Box 591<br>Wheeling, WV 26003 |
| STEPTOE & JOHNSON PLLC<br>OF COUNSEL |    /s/ Shawn A. Morgan<br>Allison B. Williams (WV ID # 11329)<br>Shawn A. Morgan (WV ID # 6640)<br>Stephenee R. Gandee (WV ID # 13614)<br><br>400 White Oaks Boulevard<br>Bridgeport, WV 26330<br>(304) 933-8000<br>allison.williams@steptoe-johnson.com<br>shawn.morgan@steptoe-johnson.com<br>stephenee.gandee@steptoe-johnson.com<br><br>*Counsel for Defendants Jason P. Henderson, Energy Resource Group, LLC, and ET360, LLC* |

18567589