**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA *ex rel.*
JOSEPH SEIKEL and TERENCE SEIKEL,

      Plaintiffs,

v.

DAVID B. ALVAREZ; APPLIED
CONSTRUCTION SOLUTIONS, INC.;
ENERGY TRANSPORTATION, LLC;
ENERGY RESOURCE GROUP, LLC;
ET360, LLC; BEAR CONTRACTING, LLC;
BEAR UTILITIES, LLC; JASON P.
HENDERSON; and JOHN DOES NOS. 1-50,
FICTITIOUS NAMES;

      Defendants.

Civil Action No.  1:23-cv-00001
Honorable Thomas S. Kleeh

**HENDERSON DEFENDANTS' MOTION TO CONTINUE THE
JANUARY 5, 2024 HEARING AND REQUIRED MEET AND CONFER**

Defendants Jason P. Henderson, Energy Resource Group, LLC, and ET360, LLC (collectively, the "Henderson Defendants") move this Court to continue the January 5, 2024 hearing. Good cause exists for the motion because counsel for Henderson Defendants is not available at the time of the status conference set by the Court. In support of this motion, the Henderson Defendants state as follows:

1.      On December 11, 2023, the Court entered an Order setting a hearing for this matter and directing that the parties meet and confer prior to the hearing.

2.      The Henderson Defendants and Alvarez Defendants have since issued subpoenas duces tecum to obtain their respective clients' PPP loan documents and information from United Bank.

3.      While the parties intended to meet and confer this week as directed by the court, the undersigned will be unable to do so due to the need to attend to a family emergency.

4.      For the same reason, counsel for the Henderson Defendants will be unavailable to appear for the January 4, 2024 hearing.

5.       In accordance with the Local Rules, counsel for the parties have provided the following dates when they are available for the matter to be reset:

      a.  January 12, 2024;

      b.  January 16, 2024; and

      c.  January 18, 2024.

Accordingly, the Henderson Defendants move for the Court to enter an Order to postpone the January 5, 2024 hearing and associated meet and confer.


                                                   */s/ Shawn A. Morgan*
                                                   Allison B. Williams (WV ID # 11329)
                                                   Shawn A. Morgan (WV ID # 6640)
                                                   Stephenee R. Gandee (WV ID # 13614)

STEPTOE & JOHNSON PLLC                400 White Oaks Boulevard
      OF COUNSEL                        Bridgeport, WV 26330
                                          (304) 933-8000
                                          allison.williams@steptoe-johnson.com
                                          shawn.morgan@steptoe-johnson.com
                                          stephenee.gandee@steptoe-johnson.com

                                          *Counsel for Defendants Jason P. Henderson,*
                                          *Energy Resource Group, LLC, and ET360,*
                                          *LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2024, a true and correct copy of the foregoing "Henderson Defendants' Motion To Continue The January 5, 2024 Hearing And Required Meet And Confer" was electronically filed and served through the Court's CM/ECF system on counsel of record listed as:

|  |  |
|---|---|
| BARON & BUDD, P.C.<br>OF COUNSEL | William G. Powers<br>Andrew M. Miller<br>The Watergate, 10th Floor<br>600 New Hampshire Avenue, NW<br>Washington, DC 20037 |
| POWELL & MAJESTRO, PLLC | Anthony J. Majestro<br>405 Capitol St., Suite P-1200<br>Charleston, WV 25301 |
| STINSON, LLP<br>OF COUNSEL | Marc R. Weintraub<br>100 South Ashley Drive, Suite 500<br>Tampa, FL 33602 |
| BAILEY & GLASSER, LLP<br>OF COUNSEL | Patricia M. Kipnis<br>Michael Murphy<br>Rebecca Pomeroy<br>209 Capitol St.<br>Charleston, WV 25301 |
| U.S. DEPT. OF JUSTICE | Christopher James Prezioso<br>Maximillian F. Nogay<br>U.S. Attorney's Office - Whg<br>PO Box 591<br>Wheeling, WV 26003<br><br>Elizabeth L. Coyne<br>U.S. Attorney's Office<br>615 Chestnut St, Suite 1250<br>Philadelphia, PA 19106 |

STEPTOE & JOHNSON PLLC
OF COUNSEL

   /s/ Shawn A. Morgan
Shawn A. Morgan (WV ID # 6640)
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
shawn.morgan@steptoe-johnson.com

*Counsel for Defendants Jason P.*
*Henderson, Energy Resource Group, LLC,*
*and ET360, LLC*

18646743