# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Joseph Seikel and Terence Seikel
*Plaintiff(s)*
v.                                                   Civil Action No. 1:23-cv-1
David B. Alvarez et. al.
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: MEMORANDUM OPINION AND ORDER GRANTING MOTIONS TO DISMISS [ECF NOS. 87, 89]. This action is DISMISSED WITH PREJUDICE and STRICKEN from the Court's active docket.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge Thomas S. Kleeh

Date: March 27, 2024

*CLERK OF COURT*
Cheryl Dean Riley
/s/ M. Sinsel

*Signature of Clerk or Deputy Clerk*